JOSIE G. CASHIN, Respondent, v. CITY OF NEW ROCHELLE, Appellant.— Judgment affirmed, with costs. No opinion. Rich, Kapper and Scudder, JJ.,

* Affd., 255 N. Y. 641.

concur; Lazansky, P. J., and Hagarty, J., dissent upon the ground that the proof of damage is vague and the measure of that damage improper, and upon the further ground that the cause of action as to the mound rested in contract, does not belong to plaintiff and is barred by the Statute of Limitations.